Steven Fishman
Federal Register Number 17280-004
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

Claimant In Pro Se

FILED

OCT 02 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: CR-88-0616-DLJ |
|---|---|
| Plaintiff/Respondent, | NOTICE TO THE PRESIDING JUDGE, THE COURT, AND TO ALL INTERESTED AND AFFECTED PARTIES, OF THE CLAIMANT'S CLAIM OF RIGHT TO CHALLENGE JURISDICTION AND TO RAISE QUESTIONS OF JURISDICTIONAL DEFECTS WITH REGARD TO CASE NUMBER CR-88-0616-DLJ, FILED IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AT ANY TIME, IN ANY COURT, AND CLAIM THE RIGHT TO MANDATORY NON-DISCRETIONARY JUDICIAL DETERMINATION OF CLAIMANT'S MOTION/PETITION FOR REMEDY AND RELIEF PURSUANT TO 28 U.S.C. §2202, WITH REGARD TO CLAIMANT'S JURISDICTIONAL CHALLENGES |
| v. | |
| STEVEN FISHMAN, | |
| Defendant/Petitioner/ Claimant. | |

COMES NOW the Defendant/Petitioner/Claimant, STEVEN FISHMAN, hereinafter referred to as the "Claimant," in Pro Se and without the benefit of counsel, and presents this NOTICE

TO THE PRESIDING JUDGE, THE COURT, AND TO ALL INTERESTED AND AFFECTED PARTIES, OF THE CLAIMANT'S CLAIM OF RIGHT TO CHALLENGE JURISDICTION AND TO RAISE QUESTIONS OF JURISDICTIONAL DEFECTS WITH REGARD TO CASE NUMBER CR-88-0616-DLJ, FILED IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AT ANY TIME, IN ANY COURT, AND CLAIM THE RIGHT TO MANDATORY NON-DISCRETIONARY JUDICIAL DETERMINATION OF CLAIMANT'S MOTION/PETITION FOR REMEDY AND RELIEF PURSUANT TO 28 U.S.C. §2202, WITH REGARD TO CLAIMANT'S JURISDICTIONAL CHALLENGES, as more fully appears herein:

Inasmuch as it is a Maxim of Law to which all Federal Courts must subscribe, that a party against whom a judgment is rendered has the absolute inherent right, at any time, and in any court, to <u>challenge Jurisdiction and raise questions of Jurisdictional Defects</u>; and that said party has the absolute inherent right to mandatory, non-discretionary Judicial Determination of said party's Motion/Petition for Remedy and Relief; the Claimant therefore hereby claims his absolute inherent right to challenge jurisdiction and raise questions of Jurisdictional Defects with regard to Case Number CR-88-0616-DLJ filed in the United States District Court in the Northern District of California, at any time, and in any court. Furthermore, the Claimant claims the absolute inherent right to mandatory non-discretionary Judicial Determination of the Claimant's Motion/Petition for Remedy and Relief, pursuant to 28 U.S.C. §2202, with regard to the Claimant's Jurisdictional

Challenges; and that once the right is claimed, the right is protected by the Constitution of the United States; to wit: the First Amendment; the Fifth Amendment; the Ninth Amendment: <u>reserved/retained unenumerated right(s)/power(s)</u>; the Tenth Amendment; and the Fourteenth Amendment; as well as the Federal Civil Rights Act of 1871; and the Acts of Congress evidenced at 18 U.S.C. §241 and §242; from <u>any statute of limitations, res judicata, laches or estoppel</u>; as <u>no</u> statute, law, regulation, custom, or usage can abridge an absolute inherently protected right.

NOTICE IS FURTHER PROVIDED: That once such challenges to Jurisdiction and Questions of Jurisdictional Defects have been raised by the Claimant, the Presiding Judge considering such objections to said Jurisdictional Defects, <u>lacks any discretion</u> to ignore such questions of Jurisdictional Defects; and any denial of the absolute inherent right to Mandatory, Non-Discretionary Judicial Determination of the Claimant's Motion/Petition for Remedy and Relief pursuant to 28 U.S.C. §2202 with regard to the Claimant's Jurisdictional Challenges, will prejudice the Claimant's inherent protected rights; and such denial is an act of Civil and Criminal Misconduct on the part of the Presiding Judge. The Claimant reserves his inherent right to Petition for Redress against the Presiding Judge as contemplated at Question/Declaratory Judgment 18, should the Presiding Judge elect to prejudice the Claimant's inherent protected

-3-

rights by refusing to provide a Mandatory, Non-Discretionary Judicial Determination of the Claimant's Motion/Petition for Remedy and Relief pursuant to 28 U.S.C. §2202, with regard to the Claimant's enumerated Jurisdictional Challenges.

Executed on this 26th day of September, 2017.

*[signature]*

STEVEN FISHMAN
Claimant
Federal Register Number 17280-004
FCI Terminal Island
Post Office Box #3007
San Pedro, California 90733-3007

## DECLARATION OF DELIVERY/SERVICE

I, STEVEN FISHMAN, hereinafter the Declarant, hereby affirm and declare ased on my personal knowledge, understanding and belief, as my free act and deed, that:

1. I am of the age of majority, of sound mind, and competent to testify.

2. I, the Declarant, delivered an original, signed copy of my NOTICE FO THE PRESIDING JUDGE, THE COURT, AND TO ALL INTERESTED AND AFFECTED PARTIES, OF THE CLAIMANT'S CLAIM OF RIGHT TO CHALLENGE JURISDICTION AND TO RAISE QUESTIONS OF JURISDICTIONAL DEFECTS WITH REGARD TO CASE NUMBER CR-88-0616-DLJ, FILED IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AT ANY TIME, IN ANY COURT, AND CLAIM THE RIGHT TO MANDATORY NON-DISCRETIONARY JUDICIAL DETERMINATION OF CLAIMANT'S MOTION/PETITION FOR REMEDY AND RELIEF PURSUANT TO 28 U.S.C. §2202, WITH REGARD TO CLAIMANT'S JURISDICTIONAL CHALLENGES, to an Officer of the Federal Bureau of Prisons, FCI Terminal Island, addressed to:

   Clerk, United States District Court
   Northern District of California
   450 Golden Gate Avenue, 16th Floor
   San Francisco, California 94102-3434

   United States Attorney's Office
   450 Golden Gate Avenue
   Post Office Box #36055
   San Francisco, California 94102

   to be placed in the outgoing Legal Mail.

3. I, the Declarant, can find <u>no evidence</u> that since I am in custody, that the documents referred to in Statement 2 are not in fact filed and/or served when delivered to an Officer of the Federal Bureau of Prisons, to be placed in the outgoing Legal Mail, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988); Federal Rule of Civil Procedure 5(b); and Federal Rule of Appellate Procedure 25. Service and/or filing of the documents referred to in Statement 2 is perfected on this 26th day of September, 2017.

4. I, the Declarant, having nothing further to state at this time, I hereby affirm and declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing facts are true and correct, to the best of my knowledge, understanding, and belief.

Executed on this 26th day of September, 2017.

*[signature]*
STEVEN FISHMAN, Declarant
Fed. Reg. No. 17280-004
FCI Terminal Island, Box #3007
San Pedro, California 90733-3007